FILED'06 JAN 25 11:57USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN M. MEEKS,

        Plaintiff,        Civil No. 06-6008-TC

        v.        FINDINGS AND RECOMMENDATION

UNKNOWN

        Defendant.

COFFIN, Magistrate Judge.

Plaintiff filed a document with the court that is presumably intended to be a complaint or statement of claim. Plaintiff did not pay a filing fee or file an Application to proceed *in forma pauperis*.

For the reasons set forth below, plaintiff's complaint should be dismissed, without service of process, on the basis that it is frivolous. See 28 U.S.C. § 1915(d).

1 - FINDINGS AND RECOMMENDATION

## STANDARDS

A complaint filed *in forma pauperis* may be dismissed before service of process if it is deemed frivolous under 28 U.S.C. §1915)d). Neitzke v. Williams, 490 U.S. 319, 324 (1989); Jackson v. State of Ariz., 885 F.2d 639, 640 (9th Cir. 1989). A complaint is frivolous "where it lacks an arguable basis in law or in fact." Neitzke, 490 U.S. at 325; Lopez v. Dept. of Health Services, 939 F.2d 881, 882 (9th Cir. 1991); Jackson, 885 F.2d at 640.

In determining whether a civil rights complaint is frivolous under § 1915(d), this court is mindful of the requirement to liberally construe the allegations of a *pro se* plaintiff and to afford the plaintiff the benefit of any doubt. Lopez, 939 F.2d at 883.

## DISCUSSION

I find that regardless of how liberally plaintiff's complaint is construed, it fails to state a claim. The document filed by plaintiff is captioned as "Civil Rights Violation" but beyond the caption, nothing else in the document is comprehensible.

## CONCLUSION

Based on the foregoing, plaintiff's complaint should be DISMISSED. Because it is apparent that the deficiencies of

2 - FINDINGS AND RECOMMENDATION

the complaint cannot be cured by amendment, the dismissal should be with prejudice.

DATED this 25 day of January, 2006.

                                                                Thomas M. Coffin
                                                                United States Magistrate Judge