

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN M. MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-6008-TC |
| v. ) | |
| ) | ORDER |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 25, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 10th day of Feb., 2006.

/s/ Michael E. Hogan
UNITED STATES DISTRICT JUDGE